946

No. 1377, Misc. ARMSTRONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States. 

No. 1382, Misc. MARSHALL v. BROUGH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 1398, Misc. JONES v. DUNBAR, CORRECTIONS DIRECTOR, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1417, Misc. BASURTO v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1420, Misc. MASTERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States. 

No. 1431, Misc. PROCTOR v. NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se*. *Alan F. Leibowitz* for respondent.

No. 1434, Misc. BENNETT v. ILLINOIS. C. A. 7th Cir. Certiorari denied. 

No. 1449, Misc. FRAZIER v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1451, Misc. FIELDS v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Orange. Certiorari denied.

No. 1462, Misc. GREEN v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Albert G. Besser* for petitioner.